IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEAL BY KEMPS LLC

Kemps LLC appeals under 28 U.S.C. § 158(a) from the Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief [Docket No. 11930] (the "Order"), signed by the United States Bankruptcy Court for the District of Delaware, Chief Judge Mary F. Walrath, on October 19, 2005, and entered on the Court's docket on October 20, 2005. The Order is attached hereto as Exhibit A.

The names of all the parties to the Order hereby appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| PARTY | ATTORNEYS |
|---|---|
| **APPELLANT:**<br><br>Kemps LLC | Stephen M. Miller (#2610)<br>Douglas N. Candeub (#4211)<br>Thomas M. Horan (#4641)<br>Morris, James, Hitchens<br>&Williams LLP<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6800<br>Email: smiller@morrisjames.com<br>Email: dcandeub@morrisjames.com<br>Email: thoran@morrisjames.com |

1304305

| | |
|---|---|
| **APPELLEE:**<br><br>Post Confirmation Trust | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>Telephone: (713) 650-8805<br>Email: kpatrick@gibbs-bruns.com<br><br>Laura Davis Jones (#2436)<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub P.C.<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899<br>Telephone: (302) 778-6401<br>Email: ljones@pszyjw.com |
| **OTHER PARTY:**<br><br>Food Marketing Group, Inc. | Mark E. Felger (#3919)<br>Jeffrey R. Waxman (#4159)<br>Cozen O'Connor<br>Chase Manhattan Centre, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2000<br>Email: mfelger@cozen.com<br>Email: jwaxman@cozen.com<br><br>Neil Berger<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Email: neilberger@teamtogut.com |
| **OTHER PARTY:**<br><br>Kraft Foods Global, Inc. | Mary F. Caloway (#3059)<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br>Email: mcaloway@klettrooney.com<br><br>Daniel G. Hildebrand<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-7787<br>Email: dhildebrand@mayerbrownrowe.com |

1304305

| | |
|---|---|
| **OTHER PARTY:**<br><br>Dean Foods Company | Jeffrey M. Schlerf (#3047)<br>The Bayard Firm<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Email: jschlerf@bayardfirm.com<br><br>Mark H. Ralston<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-6659<br>Telephone: (214) 855-7513<br>Email: mralston@munsch.com |
| **OTHER PARTY:**<br><br>Reclamation Creditors' Trust | Steven K. Kortanek (#3106)<br>Michael W. Yurkewicz (#4165)<br>Klehr, Harrison, Harvey, Branzburg<br>& Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5503<br>Email: skortanek@klehr.com<br><br>Janice L. Duban<br>DLA Piper Rudnick Gray<br>Cary US LLP<br>203 N. Lasalle Street, Suite 1900<br>Chicago, IL 60601<br>Telephone: (312) 368-7097<br>Email: janice.duban@dlapiper.com<br><br>Mark J. Friedman<br>DLA Piper Rudnick Gray<br>Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Telephone: (410) 580-4153<br>Email: mark.friedman@dlapiper.com |

1304305

                                    Daniel J. Carrigan
                                    DLA Piper Rudnick Gray
                                    Cary US LLP
                                    1200 19th Street, N.W.
                                    Washington, DC 20036
                                    Telephone: (202) 861-3840
                                    Email: daniel.carrigan@dlapiper.com

Dated: October 31, 2005        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                        /s/ Stephen M. Miller
                                    Stephen M. Miller (#2610)
                                    Douglas N. Candeub (#4211)
                                    Thomas M. Horan (#4641)
                                    222 Delaware Avenue
                                    Wilmington, DE 19801
                                    Telephone: (302) 888-6800
                                    Telecopy: (302) 571-1750
                                    Email: smiller@morrisjames.com
                                    Email: dcandeub@morrisjames.com
                                    Email: thoran@morrisjames.com

                                    ***Attorneys for Kemps LLC (f/k/a Marigold Foods, LLC)***

1304305

**EXHIBIT A**

Case 1:05-cv-00834-SLR    Document 1    Filed 12/05/2005    Page 5 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Related Docket Nos.: 11889, 11824 & 11822 |
| | ) | |

## ORDER ON
## CROSS-MOTION OF THE POST-CONFIRMATION TRUST
## FOR DECLARATORY RELIEF

The Court has considered the briefs and arguments submitted by the Post Confirmation Trust (PCT) and by the Reclamation Creditors' Trust, concerning the ownership of claims and Causes of Action pending in the PCT's Cross-Complaint against James Green, Christopher Thorpe, John Kenneth Adams, Rosario Coniglio, Steven Schmidt, Bruce Keith Jensen, John D. Robinson, and Peter Frank (collectively, "the Vendor Officers"). Under the terms of the Fleming Plan of Reorganization, the Claims and Causes of action against the Vendor Officers are the property of the PCT.

Accordingly, the Motion of the Reclamation Creditors' Trust to Enforce the Reorganization Plan and to Enjoin the Post-Confirmation Trust From Pursuing Claims is DENIED. The PCT's Cross-Motion for Declaratory Relief is GRANTED on all grounds stated therein, and the Court DECLARES that:

1. Under Fleming's Plan of Reorganization, any claims against the Vendor Officers, which were preserved by the Plan, who are not Reclamation Creditors, are the property of the PCT;

2. No person shall, hereafter, assert or argue that the PCT does not own or have standing to pursue the claims it has filed in its pending Cross-Action in *In re Fleming Companies Securities Litig.*, C.A. No. 05-03-1530 (TJW) Case No. MDL-1530; and,

3. The Reclamation Creditors' Trust shall cease and desist from any further effort to interfere with the PCT's prosecution of the claims against the Vendor Officers.

SIGNED this 19th day of October, 2005.

                                          The Honorable Mary F. Walrath
                                          United States Bankruptcy Court, Chief Judge