UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

12/5/05

C.A. No.:
Bankruptcy Case No.:**03-10945 (MFW)**
Appeal No.:**05-76, 05-77, 05-78 and 05-79**

Bankruptcy Appeal Transmittal Sheet

| | |
|---|---|
| Name of Appellant(s) | **Kraft Foods Global, Inc. (AP-05-76)** |
| Counsel for Appellant(s) | **Daniel G. Hildebrand** |
| | **Richard G. Ziegler** |
| | **Mayer, Brown, Rowe and Maw LLP** |
| | **71 South Wacker Drive** |
| | **Chicago, IL 60606** |
| | **(312) 782-0600** |
| | **and** |
| | **Mary F. Caloway** |
| | **Klett Rooney Lieber & Schorling** |
| | **1000 West Street** |
| | **Suite 1410** |
| | **Wilmington, DE 19801** |
| | **(302) 552-4200** |
| Name of Appellant(s) | **Food Marketing Group, Inc. (AP-05-77)** |
| Counsel for Appellant(s) | **Mark E. Felger** |
| | **Jeffrey R. Waxman** |
| | **Cozen O'Connor** |
| | **Chase Manhattan Centre, Suite 1400** |
| | **Wilmington, Delaware 19801** |
| | **(302) 295-2000** |
| | **Neil Berger** |
| | **Togut Segal & Segal LLP** |
| | **One Penn Plaza** |
| | **New York, New York 10119** |
| | **(212) 594-5000** |

and

Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
(202) 508-6252

| | |
|---|---|
| Name of Appellant(s) | **Kemps LLC (AP-05-78)** |
| Counsel for Appellant(s) | **Stephen M. Miller**<br>**Douglas N. Candeub**<br>**Thomas M. Horan**<br>**Morris, James, Hitchens & Williams LLP**<br>**222 Delaware Avenue**<br>**Wilmington, Delaware 19801**<br>**(302) 888-6800** |
| Name of Appellant(s) | **Dean Foods Company (AP-05-79)** |
| Counsel for Appellant | **Jeffrey M. Schlerf**<br>**The Bayard Firm**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>**(302) 655-5000** |

and

Mark H. Ralston
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
(214) 855-7500

| | |
|---|---|
| Name of Debtor | **Fleming Companies, Inc.** |
| Counsel of Debtor | **Laura Davis Jones**<br>**James E.O'Neill**<br>**Scotta E. McFarland**<br>**Pachulski Stang Ziehl Young Jones and Weintraub, P.C.**<br>**919 North Market Street, 16th Floor**<br>**PO Box 8705** |

                    **Wilmington, DE 19899-8705**
                    **(302) 652-4100**

Enclosed Items:

**Notice of Appeal #05-76 (Docket #12006)**
**Notice of Appeal #05-77 (Docket #12007)**
**Notice of Appeal #05-78 (Docket #12009)**
**Notice of Appeal #05-79 (Docket #12015)**
**Affidavit of Service AP-05-79 (Docket #12018)**
**Affidavit of Service AP-05-78 (Docket #12020)**
**Affidavit of Service AP-05-76 (Docket #12021)**
**Appealed Order (Docket #11930)**
**Appellant Designation AP-05-78 (Docket #12094)**
**Appellant Designation AP-05-76 (Docket #12095)**
**Appellant Designation AP-05-79 (Docket #12096)**
**Appellant Designation AP-05-77 (Docket #12097)**
**Certificate of Service AP-05-76 (Docket #12105)**
**Appellee Designation AP-05-76 (Docket #12143)**
**Appellee Designation AP-05-77 (Docket #12144)**
**Appellee Designation AP-05-78 (Docket #12145)**
**Appellee Designation AP-05-79 (Docket #12146)**