IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>Fleming Companies, Inc. et al. )<br>)<br>_____Debtors._____)<br>Kemps LLC, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>Post Confirmation Trust, )<br>)<br>_____Appellee._____) | Bankr. Case No. 03-10945<br><br><br><br><br>Civil Action No. 05-834(SLR)<br><br>Appeal No. 05-78<br><br>Related # 5 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                       )ss
COUNTY OF NEW CASTLE  )

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 2nd day of February 2006, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

Order [Standing Order Regarding Procedures Governing Mediation of Appeals]

_____
Louise Tuschak

Sworn to and subscribed before
me this 6th day of February 2006

_Rita Marie Olivere_
Notary Public
My Commission Expires: _March 15, 2007_

28587-001\DOCS_DE:114987.1

**Service List**
**Kemps LLC**

***Hand Delivery***
Stephen M. Miller, Esquire
Douglas N. Candeub, Esquire
Thomas M. Horan, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801