## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 03-10945 (MFW) |
| FLEMING COMPANIES, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| KEMPS LLC, | ) | Civ. No. 05-834-SLR |
| | ) | |
| Appellant. | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## AGREEMENT OF DISMISSAL OF APPEAL OF KEMPS LLC
## PURSUANT TO FED. R. BANKR. P. 8001(c)(2)

IT IS HEREBY AGREED this 15th day of May, 2006, pursuant to Fed. R. Bankr. P. 8001(c)(2), by and among the above-captioned appellant, Kemps LLC and appellee, the Post-Confirmation Trust, through their respective counsel, that the above-captioned appeal of the Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief *[Bankruptcy Case Docket No. 11930]* is dismissed.

Dated: May 15, 2006         MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Stephen M. Miller (#2610)
Carl N. Kunz, III (#3201)
Thomas M. Horan (#4641)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Telecopy:  (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: ckunz@morrisjames.com
E-mail: thoran@morrisjames.com

*Attorneys for Kemps LLC*

1388323

Dated: May 15, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (#2436)
Scotta E. McFarland (#4184)
James E. O'Neill (#4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Telecopy: (302) 652-4400

-and-

Kathy Patrick
GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Telecopy: (713) 750-0903

*Attorneys for Post-Confirmation Trust*

2

1388323