IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 03-10945 (MFW) |
| FLEMING COMPANIES, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEMPS LLC, | ) | Civ. No. 05-834-SLR |
| | ) | |
| Appellant. | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

### AFFIDAVIT OF REBECCA WORKMAN PARALEGAL

STATE OF DELAWARE     :
                      : SS
NEW CASTLE COUNTY     :

    I, Rebecca Workman, certify that I am, and at all times during the service have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 15, 2006, I caused service of the following:

    **AGREEMENT OF DISMISSAL OF APPEAL OF KEMPS LLC PURSUANT TO FED. R. BANKR. P. 8001(c)(2)**

    Service was completed upon the following parties in the manner as indicated.

Date:   May 15, 2006.

                                                       /s/ Rebecca Workman
                                                       Rebecca Workman

SWORN TO AND SUBSCRIBED before me this 15th day of May 2006.

                                                      NOTARY

                                                      L_____ J. ZICKER_
                                                      Notary Public - State of _____
                                                      My Comm. Expires _____

1391211

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
| Kathy Patrick, Esquire | Laura Davis Jones, Esquire |
| Gibbs & Bruns, LLP | Scotta E. McFarland, Esquire |
| 1100 Louisiana Street, Suite 5300 | James E. O'Neill, Esquire |
| Houston, TX 77002 | 919 North Market Street, 17th Floor |
| *(Co-Counsel to the Post-Confirmation Trust)* | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 |
| | *(Co-Counsel to the Post-Confirmation Trust)* |

1391211